JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 303 -- IN RE HAWAIIAN HOTEL ROOM RATE ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/8/77 | 1. | MOTION w/SUPPORTING BRIEF -- Jointly by defendants Cinerama Hawaii Hotels, Inc., Flagship International, Inc., Interisland Resorts, Ltd., Island Holidays, Ltd., The Sheraton Corporation, Western International Hotels Co., and Hilton Hotels Corp. -- w/complaints attached as Exhibits A, B, and C, and Exhibit D are relevant exhibits and affidavits filed in Berger Action in E.D. N.Y., Also attached is affidavit of service on clerks of court and involved counsel. REQUESTED TRANSFEREE FROUM: District of Hawaii |
| 4/18/77 | | APPEARANCES  Plaintiff Berger, Etc. by Douglas P. Null, Esq.  Plaintiff Diplomat Travel Svc., Inc.,etal by Roslyn M. Litman, Esq.  Plaintiff Schanker, et al.,etc. by Jerry S. Cohen, Esq.  Hilton Hotels Corp. by Richard E. Sherwood, Esq.  Western Internat'l Hotels Co. by E. Judge Elderkin, Esq.  The Sheraton Corp. by Maxwell M. Blecher, Esq.  Island Holidays, Ltd. by Peter D. Byrnes, Esq.  Interisland Resorts, Ltd., Inter-Island Travel Service Ltd., Hawaii Unlimited, Trade Wind Tours of Hawaii by Burnham H. Greeley, Esq.  Flagship Internat'l, Inc. by Andrew C. Hartzell, Jr., Esq.  Cinerama Hawaii Hotels, Inc. by Harry B. Swerdlow, Esq.  Hawaiian Hotel Assn. by Gaylord A. Virden, Esq.  Hawaiian Holiday Tours,Inc., Hawaiian Holidays,Inc. by Thomas H. Baer, Esq.  Internat'l Travel Brokers, Inc. by Lawrence B. Kahn, Esq.  Kyoya, Ltd. by Arthur K. Goto, Esq. |
| 4/25/77 | | REQUEST FOR EXTENSION OF TIME -- Plaintiffs -- GRANTED TO ALL TO AND INCLUDING MAY 9, 1977 |
| 5/10/77 | 2 | MOTION, BRIEF, Cert. of Service, Exhibit A and B. -- All plaintiffs in A-1, A-2, A-3 and B-1 and B-2 to add actions (B-1 and B-2) to the motion and Suggested the C.D. California as the transferee district |
| 5/12/77 | | REQUEST FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS RESPONSE; MOTION  Defendants Hilton Hotel -- GRANTED TO 5/25/77 |
| 5/26/77 | 3 | REPLY -- Defendants w/cert. of service |
| 6/1/77 | | HEARING ORDER -- Setting A-1 through A-3 and B-1 and B-2 for hearing -- June 24, 1977, Washington, D.C. |
| 9/27/77 | | CONSENT OF TRANSFEREE COURT -- litigation to handled by Judge Samuel P. King for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 9/27/77 | | OPINION AND ORDER -- Transferring A-1, A-2, B-1 and B-2 to the District of Hawaii for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |

DOCKET NO. 303 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HAWAIIAN HOTEL ROOM RATE ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  June 24, 1977
Consolidation Ordered  Sept. 27, 1977     Consolidation Denied _____
Opinion and/or Order  Sept. 27, 1977
Citation

Transferee District  District of Hawaii     Transferee Judge  Samuel P. King

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Susan Berger, etc. v. Sheraton Corporation of America, et al. | E.D.N.Y. Neaher | 76C 2278 | 9/27/77 | | 12/6/78 | |
| A-2 | Diplomat Travel Service, Inc., etc. v. ITT Sheraton Corporation of America, et al. | N.D.Cal. Orrick | C-77-0304-WHO | 9/27/77 | | 12/6/78 | |
| A-3 | Charles K. Schanker, et al., etc. v. The Sheraton Corporation, et al. | Hawaii King | 77-0082 | | | 12/6/78 | |
| B-1 | James S. Baer v. The Sheraton Corp., et al. | N.D. Ill Crowley | 77C1313 | 9/27/77 | 77-0082 | 12/6/78 | |
| B-2 | Packer Society Hill Travel Agency, Inc. v. ITT Sheraton Corp. of America, et al. | C.D.CAL. Lucas | 77-1493-MML | 9/27/77 | | 12/6/78 ✓ | |

July 1979 — 4 TR / 1 X×2 / 4 DISD / 1 Dty

July 1980 — Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 303 -- IN RE HAWAIIAN HOTEL ROOM RATE ANTITRUST LITIGATION

---

SUSAN BERGER, ETC. (A-1)
Douglas P. Null, Esq.
Null and Pincus, P.C.
600 Old Country Road
Garden City, N.Y. 11530

DIPLOMAT TRAVEL SERVICE, INC., ETAL (A-2)
Roslyn M. Litman, Esq.
Litman, Litman, Harris & Specter, P.A.
Grant Building
Pittsburgh, PA 15219

CHARLES K. SCHANKER, ET AL., ETC. (A-3)
Jerry S. Cohen, Esq.
Kohn, Milstein & Cohen
1776 K St., N.W.., #708
Washington, D.C. 20006

HILTON HOTELS CORP.
Richard E. Sherwood, Esq.
O'Melveny & Myers
611 West Sixth Street
Los Angeles, California 90017

WESTERN INTERNATIONAL HOTELS CO.
E. Judge Elderkin, Esq.
Brobeck, Phleger & Harrison
1 Market Plaza, Spear St. Tower
San Francisco, California 94104

THE SHERATON CORPORATION
Maxwell M. Blecher, Esq.
Blecher, Collins & Hoecker
612 South Flower Street, Suite 1250
Los Angeles, California 90017

ISLAND HOLIDAYS, LTD.
Peter D. Byrnes, Esq.
Bogle & Gates
The Bank of California Center
Seattle, Washington 98164

INTERISLAND RESORTS, LTD.
Burnham H. Greeley, Esq.
Carlsmith, Carlsmith, Wichman & Case
Post Office Box 656
Honolulu, Hawaii 96809

FLAGSHIP INTERNATIONAL, INC.
Andrew C. Hartzell, Jr., Esq.
Debevoise, Plimpton, Lyons & Gates
299 Park Avenue
New York, New York 10017

CINERAMA HAWAII HOTELS, INC.
Harry B. Swerdlow, Esq.
Swerdlow, Glikbarg & Shimer
9601 Wilshire Boulevard
Beverly Hills, California 90210

HAWAIIAN HOTEL ASSN.
Gaylord A. Virden, Esq.
Suite 2020 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

HAWAIIAN HOLIDAY TOURS, INC.
HAWAIIAN HOLIDAYS, INC.
Thomas H. Baer, Esq.
Baer & McGolderick
460 Park Avenue
New York, New York 10022

INTER-ISLAND TRAVEL SERVICE LTD.
HAWAII UNLIMITED
Burnham H. Greeley, Esq.
(See Above Address)

INTERNATIONAL TRAVEL BROKERS, INC.
Lawrence B. Kahn, Esq.
11 Grace Avenue
Great Neck, New York 11021

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. _____ -- _____

---

**KYOYA, LTD.**
Arthur K. Goto, Esq.
Kashiwa & Kanazawa
302 Town Tower, Harbor Square
Honolulu, Hawaii 96813

**TRADE WIND TOURS OF HAWAII**
Burnham H. Greeley, Esq.
(See address on p.1)

**PACKER SOCIETY HILL TRAVEL AGENCY INC., ETC.**
Arnold Levin, Esquire
Adler, Barish, Daniels
  Levin & Creskoff
2nd Floor, Rohm & Haas Bldg.
6th and Market Streets
Philadelphia, Pa. 19106

**JAMES S. BAER**
Michael J. Freed, Esquire
Much, Shelist, Freed,
  Denenberg & Ament
105 W. Madison 19th Floor
Chicago, Illinois 60602

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 303 -- IN RE HAWAIIAN HOTEL ROOM RATE ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sheraton Corp. of America | A-1  A-2  A-3  B-1  B-2 |
| Hilton Hotels Corp. | A-1  A-2  A-3  B-1  B-2 |
| Western International Hotels Co. | A-1  A-2  A-3  B-1  B-2 |
| Cinerama Hawaii Hotesl, Inc. | A-1  A-2  A-3  B-1  B-2 |
| Flagship International, Inc. | A-1  A-2  A-3  B-1  B-2 |
| Interisland Resorts, Ltd. | A-1  A-2  A-3  B-1  B-2 |
| Island Holidays, Ltd. d/b/a Island Holidays Resorts | A-1  A-2  A-3  B-1  B-2 |
| Hawaii Hotel Assn. | A-1 |
| Hawaiian Holidays Tours, Inc. | A-1 |
| Hawaiian Holidays, Inc. | A-1 |
| Inter-Island Traverl Svc., Ltd. d/b/a Trade Wind Tours of Hawaii | A-1 |

p. _____

| | |
|---|---|
| International Travel Brokers, Inc. | A-1 |
| Hawaii, Unlimiated | A-1 |
| KYOYA, LTD. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |